# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Trump Media & Technology Group Corp. v. WP Company LLC d/b/a The Washington Post

Case Number: 1:26-cv-02317

An appearance is hereby filed by the undersigned as attorney for:
Trump Media & Technology Group Corp.

Attorney name (type or print): Eric M. Roberts

Firm: DLA Piper LLP (US)

Street address: 444 West Lake Street, Suite 900

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6306839
(See item 3 in instructions)

Telephone Number: 312.368.2167

Email Address: eric.roberts@dlapiper.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 4, 2025

Attorney signature: S/ Eric Roberts
(Use electronic signature if the appearance form is filed electronically.)