# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trump Media & Technology Group Corp.

                                            Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:26−cv−02317

　　　　　　　　　　　　　　　　　　　　　　　Honorable Edmond E. Chang

WP Company LLC d/b/a The Washington Post

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 5, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: Alejandro Brito's, Ian Corp's, and Jalaine Garcia's motions to appear pro hac vice for the Plaintiff [7], [8], [9], [10] are granted. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.