# JS 6 TERMINATION REPORT FORM

Case Number  23 C 2317

Case Title     Trump Media & Technology Group Corp. v. WP Company LLC d/b/a The Washington Post

Date Filed     03/05/2026

Dollar Award                                              Date at Issue

Date Pretrial

Date Trial Began                                          Date Trial End

Disposition    00 Transfer to another district

Nature of Judgment   0 No monetary award

Judgment for     Select Judgement For code        Class Action   n (no class action alleged)

Progress at Termination  02 Before issue joined-order entered

Rev. 2 01/21/2016