UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

    Plaintiff,

v.                                Case No. 8:26-mc-11-KKM-TGW

WP COMPANY LLC d/b/a
THE WASHINGTON POST

    Defendant.
_____

In re subpoena issued to:

PHILIP S. BREWSTER, ESQ.,

    Movant.
_____

**ORDER**

    With his consent, I transfer this case to the Honorable Thomas P. Barber under Local Rule 1.07(a). The Clerk is directed to reassign this case to Judge Barber for all further proceedings.

    **ORDERED** in Tampa, Florida, on March 6, 2026.

*/s/ Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge